JOHN H. BEISNER  (*pro hac vice*)
JESSICA D. MILLER  (*pro hac vice*)
RICHARD BERNARDO (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

JEFFREY SNYDER and MARTIN and BETH MELNICK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,

    Defendant.

Case No.: 1:15-CV-01892-TLN-KJN

**STIPULATION TO CONTINUE TIME TO FILE JOINT STATUS REPORT;  AND ORDER**

COME NOW Plaintiffs and Defendant, by and through their attorneys of records and jointly request this Court continue the deadline to file the Joint Status Report until Friday, April 15, 2016.

STIP TO CONTINUE TIME TO FILE JOINT STATUS REPORT
16-009/PLEADING.006                     - 1 -
CSP:ep

1. WHEREAS, by Order of this Court dated February 8, 2016, this case was reassigned to the Honorable Troy L. Nunley and it was ordered that "within sixty (60) … from reassignment … the parties shall prepare and submit to the Court a joint status report."

2. WHEREAS, the Joint Status Report is now due on Friday, April 8, 2016.

3. WHEREAS, the attorneys for the parties have been diligently working on a Joint Status Report.  They have circulated a draft Joint Status Report and had two Rule 26(f) telephone conferences but need an addition week to finalize the Joint Status Report.

4. WHEREAS, Defendant's motion to dismiss and motion to strike are currently set for hearing on May 19, 2016 at 2:00 p.m..

5. WHEREAS, the parties request an additional 7 days to file the Joint Status Report on Friday, April 15, 2016

DATED:   April 8, 2016

        ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
GRAHAM M. CRIDLAND
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

JOHN H. BEISNER  (*pro hac vice*)
JESSICA D. MILLER  (*pro hac vice*)
RICHARD BERNARDO (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

//

DATED:    April 8, 2016

                                      BERGER & MONTAGUE, P.C.

By  /s/ Jacob M. Palakoff
(as authorized on 4/8/16)
_____
Shanon J. Carson, admitted pro hac vice
Lawrence Deutsch, admitted pro hac vice
Jacob M. Polakoff, admitted pro hac vice
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
ldeutsch@bm.net
jpolakoff@bm.net

RICHARD N. SIEVING, ESQ.
LUKE G. PEARS-DICKSON, ESQ.
THE SIEVING LAW FIRM, A.P.C.
100 Howe Avenue, Suite 220N
Sacramento, CA 95825
Telephone: (916) 444-3366
Facsimile: (916) 444-1223
rsieving@sievinglawfirm.com
lpearsdickson@sievinglawfirm.com

Charles E. Schaffer, admitted pro hac vice
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

Attorneys for Plaintiffs, JEFFREY SNYDER and MARTIN and BETH MELNICK.

//

//

//

//

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the deadline for the filing of the Joint Status Report is extended by seven (7) days. The Joint Status Report is to be filed on or before Friday April 15, 2016.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge

---

STIP TO CONTINUE TIME TO FILE JOINT STATUS REPORT
16-009/PLEADING.006          - 4 -
CSP:ep