UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SNYDER, et al., | No. 1:15-cv-01892-TLN-KJN |
| Plaintiffs, | |
| v. | **ORDER STRIKING DEFENDANT'S MULTIPLE MOTIONS TO DISMISS** |
| TAMKO BUILDING PRODUCTS, INC., | |
| Defendant. | |

This matter is before the Court pursuant to Defendant Tamko Building Products, Inc. ("Defendant") filing multiple motions to dismiss in this Court. (*See* Mots. To Dismiss, ECF Nos. 42, 44, 46, 48, 50.) It appears to this Court that Defendant has attempted to skirt the Court's page limit restriction by filing a different motion to dismiss for each Plaintiff named in this action in spite of the fact that there is but one complaint. The Court is unimpressed by Defendant's gamesmanship and finds that this action is in contravention to this Court's standing order. Moreover, although Defendant's course of action is not explicitly prohibited by the local rules of this district, the Court finds that these actions certainly violate the spirit of the rule. For this reason, the Court hereby **STRIKES** Defendant's motions to dismiss (ECF Nos. 42, 44, 46, 48, 50).

Defendant is welcome to refile a single motion to dismiss in compliance with the guidelines provided by this Court. Should Defendant require an extension of the page limits set

by this Court, Defendant is directed to file a request with this Court prior to filing the motion on the docket. Further Defendant is admonished that the Court will only grant such an extension upon a showing of good cause. Due to the Court striking Defendant's pending motions to dismiss, Plaintiffs' Motion for Leave to File Omnibus Response to Defendant's Motions to Dismiss (ECF No. 57) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: July 21, 2016

Troy L. Nunley
United States District Judge