UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SNYDER, et al., | No. 1:15-cv-01892-TLN-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| TAMKO BUILDING PRODUCTS, INC., | |
| Defendant. | |

This matter is before the Court pursuant to Defendant Tamko Building Products, Inc.'s ("Defendant") request for a page extension for its motion to dismiss. (*See* ECF No. 62.) Defendant seeks permission from the Court to file a 60-page brief in support of its motion to dismiss Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to file a separate 20-page brief in support of its motion to strike Plaintiffs' class allegations pursuant to Federal Rule of Civil Procedure 23. (*See* Def's P&A in Supp. of Mot. to Dismiss, ECF No. 63 at 2.) Defendant asserts that it requires 60 pages for its motion to dismiss in order to adequately address the numerous causes of action alleged by each of the four Plaintiffs, whose claims are governed by the laws of four different states.

After reviewing Defendant's briefing, the Court finds that an extension is appropriate, but the Court cautions Defendant to be as concise as possible in addressing Plaintiffs' causes of action. Thus, the Court hereby grants Defendant permission to file a 60 page brief in support of

1

1  its motion to dismiss Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of
2  Civil Procedure 12(b)(6) and to file a separate 20-page brief in support of its motion to strike
3  Plaintiffs' class allegations.
4      IT IS SO ORDERED.

6  Dated: August 19, 2016

          Troy L. Nunley
          United States District Judge