JOHN H. BEISNER  (pro hac vice)
JESSICA D. MILLER  (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

RICHARD T. BERNARDO (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 0036-6522
T: 212.735.3453
F: 917.777.3453
M: 917-626-4686

CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY SNYDER, MARTIN and BETH MELNICK, LIA LOUTHAN, and SUMMERFIELD GARDENS CONDOMINIUM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,<br><br>Defendant. | Case No.: 1:15-CV-01892-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

WHEREAS, Plaintiffs' Amended Complaint was served on May 6, 2016.

---

STIPULATION AND ORDER CONTINUING HEARINGS ON MOTION TO DISMISS AND MOTION TO STRIKE
16-009/PLEADING.010                    - 1 -
GMC:

1  WHEREAS, on September 2, 2016, Defendant TAMKO BUILDING PRODUCTS,
2  INC., filed its Motion to Dismiss the Amended Complaint ("Motion to Dismiss") and
3  Motion to Strike Class Allegations Based on Rule 23(d)(1)(D) ("Motion to Strike")
4  WHEREAS, the hearing on those motions was set for November 3, 2016 at 2:00
5  p.m.
6  WHEREAS, Defendant has requested, and the Plaintiff has agreed not to oppose, a
7  continuance of hearing on both motions from November 3, 2016 to November 17, 2016.
8  COME NOW, Plaintiffs, JEFFREY SNYDER, MARTIN and BETH MELNICK,
9  LIA LOUTHAN, and SUMMERFIELD GARDENS CONDOMINIUM, by and through
10 their attorneys of record and Defendant, TAMKO BUILDING PRODUCTS, INC., by and
11 through its attorneys of record and stipulate that the Motion to Dismiss and Motion to
12 Strike presently set for hearing on November 3, 2016 at 2:00 p.m. be continued and set for
13 hearing on November 17, 2016 at 2:00 p.m.

DATED:   October 14, 2016

ERICKSEN ARBUTHNOT

By  */s/ GRAHAM M. CRIDLAND as authorized on October 14, 2016*
CHARLES S. PAINTER
GRAHAM M. CRIDLAND
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

JOHN H. BEISNER  (*pro hac vice*)
JESSICA D. MILLER  (*pro hac vice*)
RICHARD BERNARDO (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

DATED:   October 14, 2016

|  | BERGER & MONTAGUE, P.C. |
|---|---|
| By | */s/ Jacob M. Polakoff as authorized on October 14, 2016* |

Shanon J. Carson, admitted pro hac vice
Lawrence Deutsch, admitted pro hac vice
Jacob M. Polakoff, admitted pro hac vice
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
ldeutsch@bm.net
jpolakoff@bm.net
RICHARD N. SIEVING, ESQ.
LUKE G. PEARS-DICKSON, ESQ.
THE SIEVING LAW FIRM, A.P.C.
100 Howe Avenue, Suite 220N
Sacramento, CA 95825
Telephone: (916) 444-3366
Facsimile: (916) 444-1223
rsieving@sievinglawfirm.com
lpearsdickson@sievinglawfirm.com
Charles E. Schaffer, admitted pro hac vice
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
Attorneys for Plaintiffs, JEFFREY SNYDER, MARTIN and BETH MELNICK, LIA LOUTHAN, and SUMMERFIELD GARDENS CONDOMINIUM on behalf of themselves and all others similarly situated.

IT IS SO ORDERED.

Dated: October 17, 2016

_____
Troy L. Nunley
United States District Judge