JOHN H. BEISNER  (*pro hac vice*)
JESSICA D. MILLER  (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

RICHARD T. BERNARDO (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 0036-6522
T: 212.735.3453
F: 917.777.3453
M: 917-626-4686

CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY SNYDER, MARTIN and BETH MELNICK, LIA LOUTHAN, and SUMMERFIELD GARDENS CONDOMINIUM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,<br><br>Defendant. | Case No.: 1:15-CV-01892-TLN-KJN<br><br>**ORDER RE MOTION TO EXTEND PAGE LIMITS FOR REPLY BRIEF OF DEFENDANT TAMKO BUILDING PRODUCTS ON MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

ORDER
16-009/LAW&MOTION.029          - 1 -
GMC:

GOOD CAUSE APPEARING, it is hereby ordered that:

Defendant TAMKO BUILDING PRODUCTS, INC. is granted leave to file a 20 page reply brief in support of its Fed. R. Civ. P. 12(b)(6) motion to dismiss.

Dated: November 7, 2016

_____
Troy L. Nunley
United States District Judge

ORDER
16-009/LAW&MOTION.029          - 2 -
GMC: