| | |
|---|---|
| 1 | CHARLES S. PAINTER (SBN 89045) |
| | GRAHAM M. CRIDLAND (SBN 243646) |
| 2 | **ERICKSEN ARBUTHNOT** |
| | 100 Howe Avenue, Suite 110 South |
| 3 | Sacramento, CA 95825-8201 |
| | (916) 483-5181 Telephone |
| 4 | (916) 483-7558 Facsimile |
| 5 | JOHN H. BEISNER (*pro hac vice*) |
| | JESSICA D. MILLER (*pro hac vice*) |
| 6 | **SKADDEN, ARPS, SLATE,** |
| | **MEAGHER & FLOM LLP** |
| 7 | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005-2111 |
| 8 | |
| | RICHARD T. BERNARDO (*pro hac vice*) |
| 9 | **SKADDEN, ARPS, SLATE,** |
| | **MEAGHER & FLOM LLP** |
| 10 | 4 Times Square |
| | New York, NY 10036 |
| 11 | |
| | Attorneys for Defendant, |
| 12 | TAMKO BUILDING PRODUCTS, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JEFFREY SNYDER, MARTIN and BETH MELNICK, LIA LOUTHAN, and SUMMERFIELD GARDENS CONDOMINIUM on behalf of all others similarly situated,<br>    Plaintiffs,<br>v.<br>TAMKO BUILDING PRODUCTS, INC.,<br>    Defendant. | Case No. 1:15-CV-1892 TLN KJN<br><br>**STIPULATION REGARDING TRANSFER OF VENUE AND ORDER THEREON** |

Defendant TAMKO Building Products, Inc. ("Defendant" or "TAMKO") and plaintiffs Martin and Beth Melnick, Lia Louthan, and Summerfield Gardens Condominium ("Plaintiffs") jointly request pursuant to LR 143 that this Court enter the attached proposed order transferring venue of this action to the United States District Court for the District of Kansas.

In support of this stipulation, the parties state as follows.

1. On September 30, 2019, the Court dismissed Mr. Snyder's claims with prejudice and requested briefing on whether venue remains appropriate in this district in light of that ruling.

STIPULATION REGARDING TRANSFER OF VENUE AND ORDER THEREON – Page 1;
Case No. 1:15-cv-01892-TLN-KJN

(*See* Mem. & Order at 24, ECF No. 92.)

2. The parties agree that transfer to the District of Kansas is appropriate under 28 U.S.C. § 1404(a) in light of TAMKO's confirmation to Plaintiffs that TAMKO's corporate headquarters and many of the likely witnesses and documentary evidence relevant to this case are located in Kansas.

3. Personal jurisdiction exists in Kansas because TAMKO, the sole defendant in this action, is headquartered in Kansas and is therefore subject to general personal jurisdiction in that state. In addition, venue properly lies in the District of Kansas under 28 U.S.C. § 1391(b)(1), which provides for venue in a "judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located." *Id.* Pursuant to § 1391, a defendant corporation is deemed to reside in any "judicial district in which such defendant is subject to the court's personal jurisdiction," 28 U.S.C. § 1391(c)(2), which, as set forth above, includes the District of Kansas.

4. Finally, the convenience of the parties and witnesses favors the District of Kansas. As TAMKO has explained to Plaintiffs, the offices of a majority of TAMKO's executive personnel are located at the Company's corporate headquarters in Galena, Kansas, as are TAMKO's Legal, Human Resources, Accounts Receivable, Treasury and Credit departments.

NOW THEREFORE, the parties hereby stipulate that the case be transferred to the United States District Court for the District of Kansas.

Dated: October 14, 2019

By: /s/ *Jacob Polakoff (as authorized 10-14-19)*
Lawrence Deutsch, admitted *pro hac vice*
Jacob M. Polakoff, admitted *pro hac vice*
**BERGER & MONTAGUE, P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ldeutsch@bm.net
jpolakoff@bm.net

*Attorneys for Plaintiffs*

Dated: October 14, 2019

By: /s/ *Charles Painter*
Charles S. Painter
Graham M. Cridland
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
Telephone: (916) 483-5181
Facsimile: (916) 483-7558
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

*Attorneys for Defendant,*
*TAMKO BUILDING PRODUCTS, INC.*

STIPULATION REGARDING TRANSFER OF VENUE AND ORDER THEREON – Page 2;
Case No. 1:15-cv-01892-TLN-KJN

By: /s/ *Richard Sieving(as authorized 10-14-19)*
Richard N. Sieving, Esq. (SBN 133634)
**THE SIEVING LAW FIRM, A.P.C.**
1435 River Park Drive, Suite 415
Sacramento, CA 95815
Telephone: (916) 444-3366
Facsimile: (916) 444-1223
rsieving@sievinglawfirm.com

*Attorneys for Plaintiffs*

By: /s/ *Jessica Miller(as authorized 10-14-19*
John H. Beisner, admitted *pro hac vice*
Jessica D. Miller, admitted *pro hac vice*
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W
Washington, D.C. 20005-2111
Telephone: (202) 371-7850
Facsimile: (202) 661-0525
john.beisner@skadden.com
jessica.miller@skadden.com

*Attorneys for Defendant,*
*TAMKO BUILDING PRODUCTS, INC.*

By: /s/ *Charles Schaffer(as authorized 10-14-19)*
Charles E. Schaffer, admitted *pro hac vice*
**LEVIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Attorneys for Plaintiffs*

By: /s/ *Richard Bernardo(as authorized 10-14-2019)*
Richard T. Bernardo, *pro hac vice forthcoming*
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
richard.bernardo@skadden.com

*Attorneys for Defendant,*
*TAMKO BUILDING PRODUCTS, INC.*

## **ORDER**

The Court, having reviewed and considered the stipulated transfer of this matter, and GOOD CAUSE APPEARING, does hereby order that this action is transferred to the United States District Court for the District of Kansas.

**IT IS SO ORDERED.**

DATED: October 15, 2019

Troy L. Nunley
United States District Judge

STIPULATION REGARDING TRANSFER OF VENUE AND ORDER THEREON – Page 3;
Case No. 1:15-cv-01892-TLN-KJN